IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEAN JOCELYN MERILIEN,　　　　　　　　 * | |
| 　　　　　　Plaintiff,　　　　　　　　　　 * | |
| v.　　　　　　　　　　　　　　　　　Case No. 5:22-cv-00432-TES-MSH | |
| 　　　　　　　　　　　　　　　　　　 * | |
| DUNAGAN et al, | |
| 　　　　　　　　　　　　　　　　　　 * | |
| 　　　　　　Defendants. | |
| _____　　　 * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 15th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　s/ Erin Pettigrew, Deputy Clerk